UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| LARRY ALBERT HURLBURT. ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 7:17-CV-169-FL |
| JULIET BLACK, ) | |
| Appellee. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of appeal from an order of the United States Bankruptcy Court for the Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 19, 2017, that the decision of the bankruptcy court is AFFIRMED.

**This Judgment Filed and Entered on December 19, 2017, and Copies To:**

Richard Preston Cook (via CM/ECF Notice of Electronic Filing)
James Oliver Carter (via CM/ECF Notice of Electronic Filing)
Joseph A. Bledsoe, III (via CM/ECF Notice of Electronic Filing)

December 19, 2017                    PETER A. MOORE, JR., CLERK
                                       /s/ Sandra K. Collins
                                     (By) Sandra K. Collins, Deputy Clerk