UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

In re:
LARRY ALBERT HURLBURT,                 )
        Debtor                              )
_____    )  JUDGMENT
                                       )
LARRY ALBERT HURLBURT                  )  No. 7:17-CV-169-FL
        Plaintiff- Appellant,               )
                                       )
v.                                     )
                                       )
JULIET J. BLACK                        )
        Defendant -Appellee.                )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of remand of this case by the United States Court of Appeals for the Fourth Circuit and status report of the parties.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 12, 2019, and for the reasons set forth more specifically therein, the case is now remanded to further proceedings not inconsistent with the Fourth Circuit's opinion in <u>Hurlburt v. Black</u>, 925 F.3d 154 (4th Cir. 2019).

**<u>This Judgment Filed and Entered on August 12, 2019, and Copies To:</u>**

Richard Preston Cook (via CM/ECF Notice of Electronic Filing)
James Oliver Carter (via CM/ECF Notice of Electronic Filing)
Joseph A. Bledsoe, III (via CM/ECF Notice of Electronic Filing)


August 12, 2019                PETER A. MOORE, JR., CLERK
                                          /s/ Sandra K. Collins
                                         (By) Sandra K. Collins, Deputy Clerk